# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO F. TOLEDO,<br><br>           Petitioner,<br><br>      v.<br><br>DERRAL G. ADAMS, Warden,<br><br>           Respondent. | Case No. SACV 07-592 R(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 3, 2010

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE